UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
April 20, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VAZQUEZ<br><br>Defendant. | Case No. 2:23-mj-0067 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CARLOS VAZQUEZ</u> Case No. <u>2:23-mj-0067 CKD</u>  Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

      _____   Release on Personal Recognizance

      _____   Bail Posted in the Sum of $ _____

      __X___   Unsecured Appearance Bond $ __50,000.00__

      _____   Appearance Bond with 10% Deposit

      _____   Appearance Bond with Surety

      _____   Corporate Surety Bail Bond

      _____   (Other): _

Issued at Sacramento, California on April 20, 2023 at 2:00 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney